IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND JOHN BILLINGS                                             PLAINTIFF

VS.                          4:06CV01382-WRW

AEROPRES CORPORATION                                       DEFENDANTS

and

KERRI DINGMAN, AS SPECIAL ADMINISTRATRIX
OF THE ESTATE OF KIRK DINGMAN                              PLAINTIFF

VS.                         4-07CV00010-WRW

AEROPRES CORPORATION                                       DEFENDANTS

## ORDER

On September 28, 2007, the Parties applied to the Court for a Joint Motion for Continuance from the current trial setting of October 29, 2007. Based upon statements of counsel and other things the Court hereby continues this case from its current trial setting to be reset at a later date. All current scheduling deadlines are hereby suspended. A new trial scheduling order will be issued by the court establishing a new trial date and pre-trial deadlines.

Further, the Parties are hereby ordered to return to mediation to discuss resolution of this case. The Parties are ordered to attend such mediation prior to the close of business on November 30, 2007.

IT IS SO ORDERED this 9th day of October, 2007.


                                                                /s/Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE

Prepared by:

_____
Jim L. Julian, ABA No. 79109
*Counsel for Defendant Aeropres Corporation*
**Chisenhall, Nestrud and Julian
400 West Capitol Avenue, Suite 2840
Little Rock, AR  72201**