IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND JOHN BILLINGS**                                                                 **PLAINTIFF**

v.                                          4:06-CV-01382-WRW

**AEROPRES CORPORATION**                                                         **DEFENDANT**


**KERRI DINGMAN, as Special Administratrix**
**of the Estate of Kirk Dingman**                                                     **PLAINTIFF**

v.                                          4:07-CV-00010-WRW

**AEROPRES CORPORATION**                                                         **DEFENDANT**

## ORDER

The Joint Motion for Dismissal (Doc. No. 102) based on settlement is GRANTED.

Accordingly, this case is DISMISSED with prejudice. All other pending motions are DENIED as MOOT.

IT IS SO ORDERED this 14th day of December, 2007.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE